## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIEYANG CITY JIEDONG DISTRICT XICHANG TOWN BAIYI SHOE STORE, et. al.,<br><br>Defendants. | Case No. 21-cv-05426<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Young B. Kim** |

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Deckers having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products that infringe directly and/or indirectly Plaintiff's United States design patent shown in the below chart (the "UGG Design").

| Patent Number | Claim | Issue Date |
|---|---|---|
| D901,870 | | November 17, 2020 |



THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by Deckers and that includes any reproduction, copy or colorable imitation of the design claimed in the UGG Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the UGG Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Deckers' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), DHgate, and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within ten (10)

business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the UGG Design.

3.    Pursuant to 35 U.S.C. § 289, Deckers is awarded profits from each of the Defaulting Defendants for infringing use of the UGG Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| D Store Name | Profit Award |
|---|---|
| Jieyang City Jiedong District Xichang Town Baiyi Shoe Store | $250 |
| amazonm Store | $250 |
| Beautiful 2021 Store | $250 |
| Celery celery Store | $250 |
| comemore001 Store | $1,440 |
| Designer EKEW Store | $440 |
| DLEK Official Store | $1,489 |
| Exquisite items Store | $2,960 |
| ginchasio Ginchasio Store | $250 |
| GRACEFULLEAVES Mu ChenZe Fur Store | $2,137 |
| Hashi Trading Store | $250 |
| HughSwell Store | $250 |
| koovan Official Store | $315 |
| leilang 999 store | $278 |
| Letang Co.,Ltd Store | $250 |
| LinQi oein Trading Co., Ltd. Store Store | $250 |
| MGtwo Store | $250 |
| Miracle- Store | $426 |
| miyeda official store | $876 |
| MLJUFEE Store | $250 |
| O HA YOU Store | $362 |
| one-Two-one Store | $250 |
| Prova Perfetto shoesmaker Store | $304 |
| QingKe Store | $250 |
| Reiko Store | $250 |
| shoesbrand Store | $250 |
| Shop1522471 Store | $866 |
| Shop5218021 Store | $250 |
| Shop5362259 Store | $250 |

| | |
|---|---|
| Shop910547449 Store | $250 |
| Shop911035204 Store | $250 |
| Shop911119082 Store | $250 |
| Ya-Downy Store | $6,113 |
| YiLuo Store | $250 |
| YUKE YUKE Official Store | $2,879 |
| zapato Store | $250 |
| 7HUAN | $316 |
| chunjiashop | $1,194 |
| donghejingyingbu | $617 |
| FUFAJINGPINGDIAN | $250 |
| huahuashop | $250 |
| KAISIBO | $250 |
| SHUNFEIWANGLUO | $866 |
| TLSM-US | $250 |
| UNION INDUSTRY US | $250 |
| WalkDiary | $250 |
| wulejianshen | $776 |
| XinHuFolks | $250 |
| xuyuanjia shop | $250 |
| zengxiangmiaous | $250 |
| Ihuarache | $250 |
| Corksa | $250 |
| huangheyin20160613 | $1,299 |
| ocumareshiotpr | $250 |
| UIKGitP We | $250 |

4.  Deckers may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Deckers used to serve the Temporary Restraining Order on the Third Party Providers.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from

6

transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6.  All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are hereby released to Deckers as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are ordered to release to Deckers the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7.  Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall within ten (10) business days:

    a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Bereda, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.   release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Deckers as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8.    In the event that Deckers identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Deckers may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Bereda and any e-mail addresses provided for Defaulting Defendants by third parties.

9.    The ten thousand dollar ($10,000) surety bond posted by Deckers is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Deckers or its counsel.

This is a Final Judgment.

DATED: January 13, 2022

Virginia M. Kendall
United States District Judge

**Deckers Outdoor Corporation v. Jieyang City Jiedong District Xichang Town Baiyi Shoe Store, et al. - Case No. 21-cv-5426**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | baiyishoes.en.alibaba.com | Jieyang City Jiedong District Xichang Town Baiyi Shoe Store |
| 2 | DISMISSED | DISMISSED |
| 3 | aliexpress.com/store/1157463 | YiLuo Store |
| 4 | aliexpress.com/store/1522471 | Shop1522471 Store |
| 5 | aliexpress.com/store/317560 | Letang Co.,Ltd Store |
| 6 | aliexpress.com/store/3220084 | Prova Perfetto shoesmaker Store |

| 7 | aliexpress.com/store/3251102 | MLJUFEE Store |
|---|---|---|
| 8 | aliexpress.com/store/3569024 | O HA YOU Store |
| 9 | aliexpress.com/store/3616005 | leilang 999 store |
| 10 | aliexpress.com/store/415517 | koovan Official Store |
| 11 | aliexpress.com/store/5000241 | zapato Store |
| 12 | aliexpress.com/store/5002362 | GRACEFULLEAVES Mu ChenZe Fur Store |
| 13 | aliexpress.com/store/5006057 | Hashi Trading Store |
| 14 | aliexpress.com/store/5218021 | Shop5218021 Store |
| 15 | aliexpress.com/store/5362259 | Shop5362259 Store |
| 16 | aliexpress.com/store/5487093 | shoesbrand Store |
| 17 | aliexpress.com/store/5614351 | one-Two-one Store |
| 18 | aliexpress.com/store/5873573 | DLEK Official Store |
| 19 | aliexpress.com/store/5880587 | miyeda official store |
| 20 | aliexpress.com/store/900244476 | Beautiful 2021 Store |
| 21 | aliexpress.com/store/910547449 | Shop910547449 Store |
| 22 | aliexpress.com/store/910957027 | HughSwell Store |
| 23 | aliexpress.com/store/911035204 | Shop911035204 Store |
| 24 | aliexpress.com/store/911049070 | Designer EKEW Store |
| 25 | aliexpress.com/store/911062142 | Celery celery Store |
| 26 | aliexpress.com/store/911119082 | Shop911119082 Store |
| 27 | aliexpress.com/store/911513071 | ginchasio Ginchasio Store |
| 28 | aliexpress.com/store/911526086 | Miracle- Store |
| 29 | aliexpress.com/store/911541049 | YUKE YUKE Official Store |
| 30 | aliexpress.com/store/911702050 | QingKe Store |
| 31 | aliexpress.com/store/911710416 | Ya-Downy Store |
| 32 | aliexpress.com/store/911734016 | Reiko Store |
| 33 | aliexpress.com/store/911745356 | LinQi oein Trading Co., Ltd. Store Store |
| 34 | aliexpress.com/store/911903011 | comemore001 Store |
| 35 | aliexpress.com/store/912153114 | Exquisite items Store |
| 36 | aliexpress.com/store/912182974 | MGtwo Store |
| 37 | DISMISSED | DISMISSED |
| 38 | aliexpress.com/store/912263529 | amazonm Store |
| 39 | amazon.com/sp?seller=A1BAWKXT0U51L5 | UNION INDUSTRY US |
| 40 | amazon.com/sp?seller=A1QAYT1SIRWC93 | chunjiashop |
| 41 | amazon.com/sp?seller=A1RBBO8GJ4AU5J | 7HUAN |
| 42 | amazon.com/sp?seller=A21YZPEH28XXC1 | WalkDiary |
| 43 | DISMISSED | DISMISSED |
| 44 | amazon.com/sp?seller=A2QEMX7HXEU84M | zengxiangmiaous |
| 45 | amazon.com/sp?seller=A2TMMMWUUF6EX6 | KAISIBO |
| 46 | amazon.com/sp?seller=A361XFE8BDT6H7 | donghejingyingbu |
| 47 | amazon.com/sp?seller=A3H86QHWMTFBMA | TLSM-US |

| 48 | amazon.com/sp?seller=A4G2QUWGI4FRZ | SHUNFEIWANGLUO |
|---|---|---|
| 49 | amazon.com/sp?seller=AFIL99FFNGINO | wulejianshen |
| 50 | amazon.com/sp?seller=AXG31TTUHUR04 | huahuashop |
| 51 | amazon.com/sp?seller=AXJQ1PKBA757N | xuyuanjia shop |
| 52 | amazon.com/sp?seller=AXO8XNOB0CH7W | FUFAJINGPINGDIAN |
| 53 | amazon.com/sp?seller=AYRPBPU0LNLK5 | XinHuFolks |
| 54 | dhgate.com/store/21183689 | lhuarache |
| 55 | DISMISSED | DISMISSED |
| 56 | wish.com/merchant/5dc7b59129e786520704a665 | huangheyin20160613 |
| 57 | wish.com/merchant/5f411a3359bab0a99457b8bc | ocumareshiotpr |
| 58 | DISMISSED | DISMISSED |
| 59 | wish.com/merchant/5fd27f62344af23af6928ae6 | Corksa |
| 60 | wish.com/merchant/6062ed90583af03b80003efb | UIKGitP We |